Chrystal GRAY, Plaintiff–Appellant

v.

ARKANSAS DEPARTMENT OF HU-
MAN SERVICES; John Selig, Di-
rector, DHS; Toni Bogan, Former
Manager, Appeals and Hearings, Of-
fice of Chief Counsel, DHS; Sherry
Middleton, Division of Volunteerism,
DHS, Defendants–Appellees.

No. 14–1509.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 30, 2014.

Filed: Jan. 6, 2015.

Chrystal Gray, Little Rock, AR, pro se.

Nader G. Afsordeh, Carmen M. Mosley–
Sims, Arkansas Department of Human
Services, Office of Policy and Legal Ser-
vices, Little Rock, AR, for Defendants–
Appellees.

Before GRUENDER, BENTON, and
KELLY, Circuit Judges.

PER CURIAM.

Chrystal Gray appeals the district
court's [1] dismissal of her complaint as
time-barred. Having carefully reviewed

the record and the parties' arguments on
appeal, we conclude that Gray's complaint
did not relate back to a pleading she filed
in a separate lawsuit and that her claims
were barred under the applicable statute
of limitations. *See* Fed.R.Civ.P. 15(c) (pro-
viding for relation back under certain cir-
cumstances involving amendment of origi-
nal pleading); *Smithrud v. City of St.
Paul,* 746 F.3d 391, 395 (8th Cir.) (dismiss-
al based on statute of limitations is re-
viewed de novo), *cert. denied,* — U.S.
——, 135 S.Ct. 361, 190 L.Ed.2d 251
(2014).

Accordingly, we affirm. *See* 8th Cir. R.
47B.

1. The Honorable James M. Moody, United
States District Judge for the Eastern District
of Arkansas, now retired.